# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3938

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Kelly J. Moore, also known as Kelly | * Western District of Missouri. |
| R. Moore, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: August 29, 2006
Filed: September 7, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

After Kelly Moore pleaded guilty to several counterfeit-related offenses, in violation of 18 U.S.C. §§ 471 and 473, the district court[1] imposed concurrent sentences of 41 months in prison and 2 years of supervised release. While Moore was serving his supervised release, the government petitioned to revoke supervised release based on an alleged violation of Moore's release conditions. After a hearing at which Moore admitted the conduct underlying the alleged violation, the court revoked

---

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

supervised release and sentenced Moore within the applicable advisory Guidelines range to 12 months in prison. Moore appeals, arguing that the court's sentence was unreasonable. We affirm.

The revocation sentence was not unreasonable. <u>See</u> <u>United States v. Tyson</u>, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with <u>United States v. Booker</u>, 543 U.S. at 258-62 (2005)). The sentence was within statutory limits, <u>see</u> 18 U.S.C. § 3583(e)(3), and the court explicitly considered the circumstances of the violation, the need to correct Moore's behavior and punish his conduct, and the advisory Guidelines, <u>see</u> 18 U.S.C. § 3553(a)(1), (2)(A); <u>Booker</u>, 543 U.S. at 258-62 (sentencing courts must take Guidelines into account along with other § 3553(a) factors).

Accordingly, we affirm. We also grant counsel's motion to withdraw.

_____